1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

        Plaintiff,

     v.

ACTIVISION BLIZZARD, INC.,

        Defendant.

Case No.  C09-579RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*.  On June 25, 2009, defendant filed a motion to vacate that, taken as a whole, exceeded 50 pages in length.  (Dkt. #4).  As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendant is hereby ORDERED to show cause why it should not be sanctioned for failure to comply with Local Rule 10(e)(8), which requires courtesy copies of lengthy filings for chambers.  Defendant shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.  Defendant shall respond to this order to show cause no later than five days from the date of this

Order.

DATED this 1st day of July, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge